DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Michael Machne, ) | |
| ) | CASE NO. 1:07 CV 0658 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Samsung Telecommunications America, ) | |
| L.P., et al., ) | |
| ) | |
| Defendant(s). ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's motion to remand is granted and this action is remanded to the Court of Common Pleas of Cuyahoga County.  Each party shall bear its own costs.


|  April 19, 2007 | *s/ David D. Dowd, Jr.* |
|---|---|
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |